# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-3784

_____

United States of America

*Plaintiff - Appellee*

v.

Antonio Ventura-Fuentes

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: June 5, 2014
Filed: June 10, 2014
[Unpublished]

_____

Before BYE, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Antonio Ventura-Fuentes directly appeals the downward-departure sentence imposed by the district court[1] after he pleaded guilty to a drug offense. On appeal,

_____

[1]The Honorable D.P. Marshall, Jr., United States District Judge for the Eastern District of Arkansas.

counsel for Ventura-Fuentes seeks to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence is unreasonable. Upon careful review, we conclude that Ventura-Fuentes's sentence is not unreasonable. <u>See</u> <u>United States v. Burns</u>, 577 F.3d 887, 894-896 (8th Cir. 2009) (en banc) (appellate review of departure sentence). Having reviewed the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no non-frivolous issues. Therefore, we grant counsel's motion to withdraw, and affirm.

_____